**Opinion issued April 16, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-23-00483-CV

_____

## IN RE MICHAEL B. MARTIN AND MARTIN WALTON LAW FIRM, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relators, Michael B. Martin and Martin Walton Law Firm, filed a petition for writ of mandamus challenging the trial court's June 2, 2023 order granting the request of real party in interest 3M Company to take pre-suit depositions and to obtain documents from Martin and the law firm pursuant to Texas Rule of Civil

Procedure 202.[1] Relators' petition sought "a stay and reversal of [the June 2, 2023 order] authorizing 3M Company to conduct Rule 202 Pre-Suit Depositions of Michael B. Martin, individually, and as a corporate representative of Martin Walton Law Firm . . . and to produce records[.]"

Our review of relators' mandamus petition reflects that relators have failed to establish that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We lift our stay order of June 30, 2023. All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.

Justice Goodman, concurring in the result.

---

[1] The underlying case is *3M Company v. Michael B. Martin and Martin Walton Law Firm*, cause number 23-CV-0488, pending in the 10th District Court of Galveston County, Texas, the Hon. Kerry L. Neves, presiding.